UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTY ELLIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.  1:14-cv-3009-FVS<br><br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 23**.) After consideration,

IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) further develop and update the medical record; (2) hold a *de novo* hearing; and (3) issue a new decision. Specifically, the ALJ shall:

- Consider Plaintiff's allegations in her sworn statement dated April 24, 2012, as well as any additional testimony provided at a subsequent hearing; and

- Continue the sequential evaluation process and obtain supplemental vocational expert evidence, if necessary.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the

Page 1    ORDER FOR REMAND

Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g). Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED October 9, 2014.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge